

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-18-00872-CV

**IN THE INTEREST OF C. M. S., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01181
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal involving the termination of parental rights. On February 7, 2019, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. At this time, counsel has also certified he served a copy of the brief on appellant, informed appellant of her right to review the record and file her own brief, provided appellant with a form for requesting the record, and explained to appellant the procedure for obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.) *see also In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights). To date, appellant has not filed the form provided by her counsel.

If appellant desires to file a pro se brief, we **order** that she do so on or before **March 13, 2019**. At this time, the State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court.

We further **order** the clerk of this court to serve a copy of this order on appellant, her appointed counsel, the attorney for the State, and the clerk of the trial court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court